# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

<u>Civil Action No. 12-cv-3169-PAB</u>

MALIBU MEDIA.,

    Plaintiff,

v.

JOHN DOES 1-14,

    Defendants.

_____/

## **NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT**

PLEASE TAKE NOTICE, pursuant to Rule 7.1, Plaintiff does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

    Dated: December 5, 2012

    Respectfully submitted,

    By: /s/*Jason Kotzker*
    Jason Kotzker
    jason@klgip.com
    KOTZKER LAW GROUP
    9609 S. University Blvd. #632134
    Highlands Ranch, CO 80163
    Phone: 303-875-5386
    *Attorney for Plaintiff*