## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

MALIBU MEDIA, LLC,

     Plaintiff,

v.                                                      Civil Action No. 1:12-cv-03169-PAB-MEH

JOHN DOES 1, 4-6, 8-14,

     Defendants.

_____/

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
### WITH PREJUDICE OF JOHN DOE 8 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 8 ("Defendant").  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action _with prejudice_.  John Doe 8 was assigned the IP Address 67.190.153.162.  For the avoidance of doubt, Plaintiff is _not_ voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 8 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated:  February 20, 2013

Respectfully submitted,

By:  _/s/ Jason A. Kotzker_
Jason A. Kotzker
Jason@klgip.com
KOTZKER LAW GROUP
9609 S. University Blvd. #632134
Highlands Ranch, CO  80163
Phone:  303-875-5386
_Attorney for Plaintiff_

1

## CERTIFICATE OF SERVICE

     I hereby certify that on February 20, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Jason A. Kotzker*
Jason A. Kotzker